No. 03–10614.  TATE v. HALL, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–10615.  DeCOLOGERO v. UNITED STATES ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 03–10616.  WALKER v. FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 03–10617.  CHRISTIAN v. NEW YORK.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 03–10621.  SMITH v. MITCHELL, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 03–10622.  BUSTAMANTE v. EVANS, WARDEN.  App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 03–10624.  DOUGLAS v. WALTERS ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 03–10626.  RAY v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 03–10627.  BERRIAN v. SELSKY, DIRECTOR, SPECIAL HOUSING AND INMATE DISCIPLINARY PROGRAMS, ET AL.  Ct. App. N. Y.  Certiorari denied.

No. 03–10628.  SAUNDERS v. TOURVILLE ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 03–10630.  STAFFNEY v. BERGHUIS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 03–10632.  BAILEY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–10633.  REDMAN v. PITTS.  Ct. App. D. C.  Certiorari denied.

No. 03–10634.  ADEGBUJI v. DEPARTMENT OF HOMELAND SECURITY.  C. A. 3d Cir.  Certiorari denied.

No. 03–10635.  ADAMS v. CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.